

CT Corporation
Service of Process Notification
08/15/2023
CT Log Number 544510281

# Service of Process Transmittal Summary

**TO:** Jamie Kowalczyk, Staff Accountant
Science Systems And Applications, Inc.
10210 Greenbelt Rd Ste 600
Lanham, MD 20706-6239

**RE:** Process Served in Virginia

**FOR:** SCIENCE SYSTEMS AND APPLICATIONS, INC. (Domestic State: MD)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | HAMPTON ROADS III OWNER, LLC vs. SCIENCE SYSTEMS AND APPLICATIONS, INC |
| **CASE #:** | GV23006510 |
| **PROCESS SERVED ON:** | National Registered Agents, Inc., Glen Allen, VA |
| **DATE/METHOD OF SERVICE:** | By Non-Traceable Mail on 08/15/2023 |
| **JURISDICTION SERVED:** | Virginia |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780120972139 |
| **REGISTERED AGENT CONTACT:** | National Registered Agents, Inc.
4701 Cox Road
Suite 285
Glen Allen, VA 23060
866-539-8692
CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



NEOPOST
08/08/2023
US POSTAGE

Wolcott | Rivers | Gates
ATTORNEYS AT LAW
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

National Registered Agents, Inc., Registered Agent
Science Systems and Applications, Inc.
4701 Cox Road, Suite 285
Glen Allen, VA 23060