UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

HAMPTON ROADS III, OWNER, LLC

vs.

SCIENCE SYSTEMS AND APPLICATIONS, INC.

Civil/Criminal Action No. 4:23-cv-00119 AWA-RJK

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for SCIENCE SYSTEMS AND APPLICATIONS, INC. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

N/A.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for SCIENCE SYSTEMS AND APPLICATIONS, LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Saraswati Bahethi, Om Bahethi, and Praveen Bahethi

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for SCIENCE SYSTEMS AND APPLICATIONS, INC. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

September 21, 2023

Date

/s/ Stephen B. Stern

Signature of Attorney or Litigant
Counsel for Science Systems + Applications, Inc.

Rev. 03/12/19