IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | | |
|---|---|---|
| **HAMPTON ROADS III OWNER, LLC** | \* | |
| Plaintiff, | \* | |
| v. | \* | |
| **SCIENCE SYSTEMS AND APPLICATIONS, INC.** | \* | CASE NO.: 4:23-cv-00119-AWA-RJK |
| | \* | |
| Defendant. | \* | |
| | \* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST FOR HEARING

Defendant Science Systems and Applications, Inc. ("SSAI"), by and through its undersigned counsel, respectfully requests a hearing on its Partial Motion to Dismiss, as to Count I (Breach of Contract) of the Complaint filed by Plaintiff Hampton Roads III Owner, LLC ("Hampton"). SSAI previously filed a Request for Hearing with its Partial Motion to Dismiss [ECF 5-3], but it was not docketed; therefore, is resubmitting this Request for Hearing.

Date: October 18, 2023

Respectfully submitted,

*/s/ Stephen B. Stern*
Stephen B. Stern, Virginia Bar No. 40300
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Telephone:   (410) 216-7900
Facsimile:   (410) 705-0836
Email:   stern@kaganstern.com

*Counsel for Defendant
Science Systems and Applications, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2023, a copy of the foregoing Request for Hearing was electronically filed with the Clerk of Court using the CM/ECF filing system and served via electronic mail, to the following:

        Kyle D. Korte, Esq.
        Scott A. Krystiniak, Esq.
        WOLCOTT RIVERS GATES
        200 Bendix Road, Suite 300
        Virginia Beach, VA 23452
        Phone: (747) 497-6633
        Facsimile:    (757) 687-3655
        Email:        korte@wolriv.com
        Email:        skrystiniak@wolriv.com

        *Counsel for Plaintiff*
        *Hampton Roads III Owner, LLC*

        */s/ Stephen B. Stern*
        Stephen B. Stern